STATE OF OREGON,
*Respondent,*

*v.*

ROBERT DEAN NICKELL,
*Appellant.*

CM0220497; A121492

107 P3d 692

Patrick M. Ebbett filed the brief for appellant. With him on the brief was Chilton, Ebbett & Rohr, LLC.

Doug M. Petrina, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Schuman, Judge.*

PER CURIAM

Affirmed. *State v. Vigil*, 197 Or App 407, 106 P3d 656 (2005).

---

* Schuman, J., *vice* Ceniceros, S. J.